**United States District**

**District of New Mexico**



FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 16 2018

David A Gabaldon


V.


NO. 18 cv 460 - JHR- LF


New Mexico Human Services Department

4330 Cutler Ave NE, Albuquerque, NM 87110 ("New Mexico EBT card"),

(" NMHSD"), ("Quest"), (" USDA"), (" SNAP"), ("NMHIX"), (" ISD"), (" CASA").


Account 1: United States Federal code (CFR24)

Stating homeless in their form, Placing the interview at state emergency relief for food, but violating (24CFR)

Account 2: united states Federal code (CFR5) -for violating; victim Impact

Account 3: United States Federal Code (CFR32) -for violating filling matter every 90/report.

Account 4: United States Federal Code (CFR5) Defrauding -violates personal administration policy.

Account 5: United States Federal compound crime, violating refuse benefit's.


Motion of evidence is in the form filed?


/S/_____   date/_____5/16/18_____

## 2. Person to Represent You (Authorized Representative or Guardian) Your authorized representative can be a person who has helped you apply for or renew benefits, or it can be a different person. If you want to have an authorized representative, you must tell us who that person is by writing below.

Do you want this person to:     ☐ Apply for benefits on your behalf?     ☐ Use your benefit? (SNAP & Cash benefits only)

Name of Authorized Person(s) _____    Mailing Address _____    Preferred Telephone Number or TDD (     ) _____

## 3. Tell us About the People Who Live with You and/or Individuals on Your Federal Income Tax Return.

Please list everyone who lives in your household, even if you do not want to apply for them. You only have to give U.S. Citizenship and Social Security Numbers (SSNs) for household members who are applying for assistance. An SSN is optional for people who are not applying for medical assistance, but providing an SSN can speed up the application process. You do not need to be a U.S. Citizen or file income taxes to apply. Receiving SNAP/Food, energy, or medical assistance will not prevent you from becoming a lawful permanent resident or U.S. Citizen. Immigrant status of all individuals applying for benefits may be subject to verification by the Department of Homeland Security (DHS) through the submission of information provided on this application received from DHS, and the information received from DHS may affect your household's eligibility and level of benefits. Non-citizen immigrants not requesting assistance for themselves do not need to give immigration status information. SSNs, or other similar proofs; however, they must give information about their income because part of their income and things they own may count towards the household's eligibility for assistance. Certain programs may be available for people without an SSN; ask USD. Racial and ethnic data about an applicant's household is voluntary. It will not affect your eligibility or the amount of benefits your household may receive. Native Americans are urged to identify themselves as such because Native Americans are entitled to certain special protections under the law. We ask everyone to tell us their racial and ethnic information to assure that benefits are distributed without regard to race, color or national origin. If you need more space, please use an additional sheet of paper.

List the names and information for yourself and the people who live with you. If you are applying for medical assistance, please include anyone who you will include on your federal income tax return:

This section is only required for each person applying for assistance.

| Name (First and Last) | Relationship | Applying for Assistance? Yes/No | Sex M/F | Date of Birth | Ethnicity: Hispanic Y/N (Optional) | Race: 1-6 (See below) (Optional) | Tribal Affiliation (Optional) | Social Security Number (SSN) – required if you have one (optional for non-applicants) | Citizenship /Immigration Status 1-34 (see below) |
|---|---|---|---|---|---|---|---|---|---|
| 1. David Ablahelas | (Self) | ☐ YES ☐ NO | M | 7/27/79 | | | | | |
| 2. | | ☐ YES ☐ NO | | | | | | | |
| 3. | | ☐ YES ☐ NO | | | | | | | |
| 4. | | ☐ YES ☐ NO | | | | | | | |
| 5. | | ☐ YES ☐ NO | | | | | | | |
| 6. | | ☐ YES ☐ NO | | | | | | | |

**Race:** For each person applying for help, choose from the number(s) below the number(s) below that best describes their race and write the number(s) above.

| 1 – American Indian/Alaska Native | 2 – Asian | 3 – Black or African American | 4 – Native Hawaiian or Pacific Islander | 5 – White | 6 – Other |
|---|---|---|---|---|---|

**Citizenship/Immigration Status:** For each person applying for help, choose from the number(s) below that best describes their U.S. Citizenship or Immigration Status and write the numbers above.

| | | | | | |
|---|---|---|---|---|---|
| 1 – U.S. Citizen | 3 – Asylee | 4 – Refugee | 5 – Cuban/Haitian entrant | 6 – Paroled into the U.S. (for at least one year) | |
| 7 – Conditional entrant granted before 1980 | 9 – Victim of trafficking and his/her spouse, child, sibling, or parent | 10 – Granted Withholding of Deportation or Withholding of Removal | 11 – Member of a federally recognized Indian tribe or American Indian born in Canada | 12 – Afghan or Iraqi Special Immigrant | |
| 13 – Qualified non-citizen | 14 – Individual with non-immigrant status (including worker visas, student visas, and citizens of Micronesia, the Marshall Islands, and Palau | 15 – Paroled into the U.S. (for less than one year) | 16 – Temporary Protected Status (TPS) | 17 – Deferred Enforced Departure (DED) | 18 – Deferred Action Status |
| 19 – Lawful temporary resident (LTR) | 20 – Granted administrative stay or removal by DHS | 21 – Granted Withholding of Removal under the Convention Against Torture (CAT) | 22 – Resident of American Samoa | 23 – Applicant for Special Immigrant Juvenile Status | 24 – Applicant for Adjustment to LPR Status with an approved visa petition |
| 25 – Applicant for Victim of trafficking visa | 26 – Applicant for Asylum (with EAD or under age 14 with application pending for at least 180 days) | 27 – Applicant Withholding of Deportation or Withholding of Removal (with EAD or under age 14 with application pending for at least 180 days) | 28 – Registry applicant (with EAD) | 29 – Order of supervision (with EAD) | 30 – Applicant for Cancellation of Removal or Suspension of Deportation (with EAD) |
| 31 – Applicant for Legalization under IRCA (with EAD) | 32 – Applicant for Temporary Protected Status (TPS) (with EAD) | 33 – Legalization under the LIFE Act (with EAD) | 34 – Other/Unsure | | |

RECEIVED MAY 15 2018

130734941

**You have the right to file your application today, please do not delay.**

SNAP/Food benefits start from the date you apply. Adults who are not asking for benefits can apply for other household members.

We will accept your application if it contains your name, address, and signature in Section One. This information will establish your application filing date. ISD encourages you to fill out a complete application for faster benefit determination. You can bring, mail, or e-fax (1-855-804-8960) the application to ISD.

**Check the Programs You Want to Apply For ▶**  ☑ SNAP/Food   ☑ Medical Assistance   ☑ Cash   ☐ LIHEAP

**Tell Us If You Need ▶**   ☐ Help Filling out the Application?   ☐ Free Language Help? Preferred Language _____   ☐ Transportation ☐ Disability Accommodation

▶ **Applications for SNAP and CASH Assistance require an interview. An interview is not required for most categories of Medical Assistance. If you are applying for a program that requires an interview, do you prefer a telephone interview? Tell us why, please check one:**

☐ I am disabled    ☐ Illness    ☐ Domestic Violence    ☐ Age 60+    ☐ Caring for a child under age 6    ☐ Caring for others
☐ Live too far from office    ☐ Bad weather    ☐ I do not have transportation    ☐ Other reason:

1. **Tell Us About You:** If you need help filling out this application or getting the needed information, contact your local ISD office. If you are applying for someone else, complete this section for that person.

| First Name, Middle Initial, Last Name | Date of Birth (optional for SNAP and Cash) | Best Time to Contact You |
|---|---|---|
| David A Cmholden | 5/11/74 | |

| Street Address | City | County | State | Zip Code |
|---|---|---|---|---|
| 3400 Rd Rио Rancho | NM | Sandoval | NM | 87102 |

| E-mail Address | Telephone Number | Alternative Telephone Number (optional) |
|---|---|---|
| daudengaholden | 505-594-1525 | |

If your mailing address is different, please fill it in below. If not, please leave blank.

| Street or PO Box Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Are you a resident of New Mexico? | Do you intend to remain in New Mexico? | Are you homeless? |
|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |

Do you want to get your information sent to your e-mail? If YES, please fill out your most current e-mail address above.   ☐ YES ☐ NO

**Expedited SNAP Screening (SNAP only):** Fill this out if you are applying for SNAP to see if you can get SNAP benefits faster. This is called expedited service. If you are eligible for Expedited SNAP, you must get SNAP within 7 days. If you are denied expedited service you have a right to an informal conference to be held within 48 hours of your request for a conference. Ask to speak to a supervisor if you have questions.

| 1. | Will your monthly income be LESS than $150 and money in the bank or cash be LESS than $100? | ☐ YES ☐ NO |
|---|---|---|
| 2. | Will your monthly home and utility costs be MORE than your income, cash and money in the bank? | ☐ YES ☐ NO |
| 3. | Is your household a migrant or seasonal farm worker household with very little money? | ☐ YES ☐ NO |

**▶ Sign Here X** _____   **Today's Date** 5

Your signature is attesting to all information in section 16 of this application.

If David A Cmholden 11/8 Federal Officer of United States Cope filed in US court house. Every statement I make is truthful Statement of B_____ 5/4/18

## 5. Please Answer the Following Questions About the People You Listed in Section 3 who are Seeking Benefits for Themselves.

For household members seeking benefits who are not U.S. Citizens, please give the information that appears on their immigration documents, if known. This will be used to see who can get benefits. If you need more space please attach another piece of paper.

| Name | Immigration Document Type (if known) | Alien or I-94 Number (if known) | Card or Passport Number (if known) | SEVIS ID or Expiration Date (optional) | Other (Category Code or Country of Issuance, if known) | Lived in the US Since 1996? | Is this person a spouse or parent of a veteran or on active duty with the U.S. Military? |
|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |
| | | | | | | ☐ YES ☐ NO | ☐ YES ☐ NO |

**a.** Is any applicant getting Medicaid, SNAP/Food, or Cash benefits in another state?   ☐ Yes ☐ No   If, **YES**, Who? _____ Which State? _____

**b.** Is any applicant pregnant?   ☐ Yes ☐ No   If, **YES**, Who? _____ Due Date, (if known): _____

Number of babies expected from this pregnancy (if known): _____

**c.** Is any applicant imprisoned (detained or jailed)?   ☐ Yes ☐ No   If, **YES**, Who? _____ What facility? _____

Date of imprisonment: _____   Date of release (if known): _____

**d.** Is any applicant in the household receiving Supplemental Security Income (SSI)?   ☐ Yes ☐ No   If, **YES**, Who? _____

**e.** Does any applicant have a physical, mental, or emotional health condition that causes limitations in activities (like bathing, dressing, daily chores, etc.)?   ☐ Yes ☐ No   If, **YES**, Who? _____

**Only complete questions f – j of this section if you are applying for Medical Assistance.**

**f.** Is any household member age 21 or younger and a full time student?   ☐ Yes ☐ No   If, **YES**, Who? _____

**g.** Is there anyone in the household who is age 18 to 25 now, and who was in foster care and getting Medicaid before age 18?   ☐ Yes ☐ No   If, **YES**, Who? _____ Which state? _____

**h.** Is any applicant already in or going into a nursing home, hospital or treatment facility?   ☐ Yes ☐ No   If, **YES**, Who? _____

RECEIVED MAY 15 2018

## 4. Tax Filing Information  (Fill out this section if you are applying for Medical Assistance)

Please give the following information for every household member applying for medical assistance, even if the tax payer or tax dependent is not in your home. You do not need to file income taxes to apply.

| A Name | B Does this person plan to file a federal income tax return next year? | C Will this person file jointly with a spouse/partner? | D Does this person have any tax dependents? | E Is this person claimed as a tax dependent on someone else's tax return? | F How is this person related to the tax filer? |
|---|---|---|---|---|---|
| | ☐ Yes ☐ No | ☐ Yes ☐ No If **yes**, name of spouse or partner: | ☐ Yes ☐ No If **yes**, name(s) of dependents: | ☐ Yes ☐ No If **yes**, name of the tax filer: | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No If **yes**, name of spouse or partner: | ☐ Yes ☐ No If **yes**, name(s) of dependents: | ☐ Yes ☐ No If **yes**, name of the tax filer: | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No If **yes**, name of spouse or partner: | ☐ Yes ☐ No If **yes**, name(s) of dependents: | ☐ Yes ☐ No If **yes**, name of the tax filer: | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No If **yes**, name of spouse or partner: | ☐ Yes ☐ No If **yes**, name(s) of dependents: | ☐ Yes ☐ No If **yes**, name of the tax filer: | |
| | ☐ Yes ☐ No | ☐ Yes ☐ No If **yes**, name of spouse or partner: | ☐ Yes ☐ No If **yes**, name(s) of dependents: | ☐ Yes ☐ No If **yes**, name of the tax filer: | |

RECEIVED MAY 15 2018

**i. If yes to question (h) above, what type of facility?**

□ Nursing Home/Nursing Facility   □ Hospital   □ Intermediate Care Facility for the Intellectually Disabled (ICF/IID)   □ PACE   □ Other, where? _____

**j. Has any applicant received a Primary Freedom Of Choice letter for a Home and Community-Based Services Waiver?**   □ Yes   □ No   If, YES, Who? _____

**6. Tell Us About Your Earned Income.** Please report your total income **before taxes.** If you are applying for medical assistance and you or another person in your household are offered health insurance from any employer, please fill out the Employer Coverage form attached to this application. If you do not qualify for Medicaid, the NM Health Insurance Exchange (NMHIX) may need to use information about any health coverage you might have through a job to figure out if you can get help paying for health insurance. Failure to complete this form will not delay your application or assistance.

Have you or anyone living with you received earned income or expect to receive earned income this month?   □ Yes   □ No   □ Don't Know
If yes, please complete the chart below.

| Person with income | Average Number of Hours Worked per Week? | Income from? (Work, self-employment, odd jobs, etc.) | How often does this person get income? (Yearly, Monthly, Biweekly, Weekly, etc.) | How much does this person receive before taxes? | Does this person have an employer that offers health insurance? If yes, fill the Employer Coverage Form to find out if you can get health insurance through the New Mexico Health Insurance Exchange, if you are found ineligible for Medicaid. You are not required to complete the Employer Coverage Form for Medicaid. |
|---|---|---|---|---|---|
| Self - | | | | | |
| David H_____ | 40 | Self Employed | _____ | $ — 130/year.oo | ☒ Yes  □ No |
| David H_____ | 40 | Self Employed | _____ | $ — 120/year.oo | □ Yes  □ No |
| | | | | $ | □ Yes  □ No |

**Are any of the following taken from your earnings?  (If applying for Medical Assistance)**

□ Student Loan Interest?   Who? _____   How Much $ _____ _____   How Often? _____
□ Other Type   Who? _____   How Much $ _____   How Often? _____

**Tell Us About Your Other Income.** Examples of unearned/other income include, but are not limited to: unemployment, Social Security, pensions, retirement, rental income, capital gains, royalties, financial gifts and gambling winnings/prizes. Report child support income if you are applying for SNAP or Cash. If you are only applying for Medical Assistance, you do not need to report child support income.

| Person with income | Unearned Income from? | How Often Received? (Yearly, Monthly, Biweekly, Weekly, etc.) | How much does this person receive? |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

RECEIVED MAY 15 2018

## 7. Will There be Changes in Income?

Do you or anyone living with you have income that changes from month to month?
☐ Yes  ☒ No  ☐ Don't know

Examples include: Loss of job, decrease in hours, change in job, change in pay, and/or only working some of the months of the year?

If **yes**, fill out the chart below.

| Person with income changes | What income changes? | When and why does it change? | Total income this year | Total Income You Expect for Next Year |
|---|---|---|---|---|
|  |  |  | - $40,000.00 |  |
|  |  |  |  |  |

## 8. Health Care Information (if applying for Medical Assistance)

Has anyone in the household received medical services within the last 3 months that have not been paid?
☐ Yes  ☐ No

If **yes**, please fill out the chart below. We may be able to help pay these bills.

| Person with Unpaid Medical Bills | | Bill Months |
|---|---|---|
| David Arbogeton |  | - $40,000.00 for United Healthcare |
|  |  |  |

Please list all public and private health insurance, including Medicare Information, for you and all people living with you who are applying for Medical Assistance.

| Persons Covered | Insurance Company Name | Medicare Claim # or Insurance Member ID # | Start Date |
|---|---|---|---|
| David Arbogeton | United Health Care | 333529304 |  |
|  |  |  |  |
|  |  |  |  |



RECEIVED
MAY 15 2018

# Native American or Alaska Native

Native Americans and Alaska Natives who enroll in Medicaid, the Children's Health Insurance Program (CHIP), and the Health Insurance Marketplace (NMHIX) can also get services from the Indian Health Service, tribal health programs, or urban Indian health programs. If you or your family members are Native American or Alaska Natives, you may not have to pay cost-sharing and may get special monthly enrollment periods for insurance through the NMHIX. We are asking you to answer the following questions to make sure you and your family get the most help possible. If you need more space, please attach another piece of paper.

Is any applicant a member of a federally recognized tribe?  To ensure that you are not automatically enrolled in an MCO, please provide your tribal affiliation.

☐ YES   ☐ NO

If yes, Who? _Dec. d. Mendel_ What Tribe? _United States_

Do any applicants ever get a service from the Indian Health Service, a tribal health program, or urban Indian health program or a referral from one of these programs?

☒ YES   ☐ NO

If yes, Who? _Randall Mendel_

If no, is this person eligible to get services from the Indian Health Service, tribal health programs, or urban Indian health programs or through a referral from one of these programs?

Is any applicant receiving per capita payments from a tribe that come from natural resources, usage rights, leases or royalties?

☐ YES   ☒ NO

If yes, Who? ____   How Much? ____   How Often? ____

Is any applicant receiving payments from natural resources, farming, ranching, fishing, leases or royalties from land designated as Indian trust land by the Department of Interior (including reservations and former reservations)?

☐ YES   ☒ NO

If yes, Who? ____   How Much? ____   How Often? ____

Is any applicant receiving money from selling things that have cultural significance?

☐ YES   ☒ NO

If yes, Who? ____   How Much? ____   How Often? ____





| Section: 12, 13 & 16 | Section: 10 through 16 |
|---|---|
| • Nursing Home | • SNAP |
| • Medicare Savings Program | • Cash Assistance |
| • Waiver Services | • LIHEAP |
| • Working Disabled Individual | |

If you are not applying for the programs below, please complete section 16 and submit your application.  If you are applying for the assistance programs below, please only complete the required sections.

RECEIVED
MAY 15 2018

## 9. Managed Care Organization (MCO).

This section will only apply if you are found to be eligible for Medicaid. If you are eligible for Medicaid, your services will be provided by one of the four managed care organizations (MCOs) listed below. You have a choice of which MCO will provide your services. If you do not choose an MCO, you will be automatically assigned to an MCO by the New Mexico Human Services Department. Once you are enrolled with an MCO, you will have the option to switch to a different MCO within 3 months of enrollment.

### Special Information for Native Americans

If you are Native American, you are not required to choose an MCO. If you choose not to select an MCO, you will be automatically enrolled in fee-for-service (FFS) Medicaid. If you are in need of long-term care services or if you have Medicare, you will be required to choose an MCO.

I am a Native American ☐ YES ☑ NO

If yes, please fill out the Native American or Alaska Native section on the next page.

If yes, please tell us if you want to enroll in a managed care organization (MCO): ☐ YES ☐ NO

If you want to enroll in an MCO, please select an MCO below.

☐ **Blue Cross Community Centennial**
(866) 689-1523   www.bcbsnm.com/community-centennial

By checking this box, I wish to enroll all Medicaid recipients in my household with this MCO.
or
Only the Medicaid recipients from this household that are listed here should be enrolled with this MCO:

☐ **Presbyterian Health Plan**
(888) 977-2333   www.phs.org

By checking this box, I wish to enroll all Medicaid recipients in my household with this MCO.
or
Only the Medicaid recipients from this household that are listed here should be enrolled with this MCO:

☐ **Molina Healthcare of New Mexico**
(800) 580-2811   www.molinahealthcare.com

By checking this box, I wish to enroll all Medicaid recipients in my household with this MCO.
or
Only the Medicaid recipients from this household that are listed here should be enrolled with this MCO:

☑ **United Healthcare Community Plan**
(877) 236-0826   www.uhccommunityplan.com

By checking this box, I wish to enroll all Medicaid recipients in my household with this MCO.
or
Only the Medicaid recipients from this household that are listed here should be enrolled with this MCO:



RECEIVED
MAY 1 5 2018

HSD100 08/27/2017 Page 9 of 28

## 10. Parents Not Living with their Children (if applying for Cash Assistance only)

By accepting cash and medical assistance for your children, you assign (give) HSD rights to collect child and medical support from an absent parent. Please list all the information for your children's parent(s) who are not living with you. If you think working with the Child Support Enforcement Division (CSED) to collect support will harm you or your children, you may have good cause to not cooperate.

Is any applicant a victim of Family or Domestic Violence?   ☐ Yes ☐ No

| Child Name | Absent Parent Information | | | |
|---|---|---|---|---|
| | Name | Date of Birth | Last Known Address | |

## 11. School Attendance List all student information for each household member.

| Name of Student | Name of School | Graduation Date | Grade |
|---|---|---|---|
| | Center New Mexico College | — | ☐ K – 12 ☐ GED ☐ Certificate ☐ College |
| | | | ☐ K – 12 ☐ GED ☐ Certificate ☐ College |
| | | | ☐ K – 12 ☐ GED ☐ Certificate ☐ College |

## 12. Things you Own (Resources/Assets)

Certain resources/assets such as bank accounts may count toward your eligibility depending on which program you are applying for. Certain resources/assets may not count, such as a home and lot where you live and the resources of people who receive Supplemental Security Income (SSI).

**Examples of things you own include, but are not limited to:** Cash on hand, checking account, savings account, trust(s), CD – Certificate of Deposit, royalties, life or burial insurance, stocks or bonds, retirement account, livestock, house/land - not occupying, or recreation vehicles.

### A. Describe all of the items from above that are owned by you and all the people living with you.

| Resource or Asset | Who owns it? | $ Value | Bank or Company Name, if there is one. |
|---|---|---|---|
| None – Homeless | Me | $ none – living on street | |
| | | $ | |
| | | $ | |
| | | $ | |

### B. Did you or anyone living with you transfer anything of value to others in the last 5 years (60 months)? (Medicaid only)   ☐ Yes ☐ No

| Item transferred | Transferred to whom? | $ Value | Date of Transfer? |
|---|---|---|---|
| United Health Care | | $ | |
| | | $ | |

RECEIVED MAY 15 2018

**13. Monthly Expenses:** To get the most benefits you are eligible for, list all of your MONTHLY out-of-pocket expenses. Do not include amount paid by CYFD, HUD or other entity or person.

If you do not report any of the expenses listed below, you will not receive a deduction for those expenses. Failure to report or verify any of the above listed expenses will be seen as a statement by your household that you do not want to receive a deduction for the unreported expense

| | | | |
|---|---|---|---|
| Child Care or Adult Dependent Care ▶ | $ | Mileage Round Trip for Dependent Care ▶ | $ |
| Who/what agency is getting paid the Child Care expenses? | | | |
| Medical Expenses for applicants who are Elderly/Disabled: Includes Medicare premiums ▶ | $ | Court Ordered Child Support? ▶ | $ |

**Full Time or Temporary Shelter Costs:** Please put all out of pocket money you spend on shelter. If you are buying or renting a home please list property tax and any insurance you pay. If you are homeless please list any money you spend on things such as laundry, temporary shelter or other things you pay for that provide you shelter during the month.

Check any of the boxes below that best describe your Living Arrangement and list the amount you pay out of pocket.

| | | | |
|---|---|---|---|
| ☑ Mortgage $ ⊘ | ☑ Rent Does Not Include Utilities $ ⊘ | ☐ Rent Includes Utilities  $ ⊘ | ☑ Homeless $ ⊘ |
| ☐ Public Housing $ ⊘ | | ☐ Other ___ | $ ___ |

| | | |
|---|---|---|
| Heating and Cooling ▶ | ☐ Yes ☑ No | **Lifeline/Link-Up:** You may be eligible for telephone discounts on monthly service and initial telephone installation or activation fees. Contact your telephone provider for more information: |
| Water, Sewer and Trash ▶ | ☐ Yes ☑ No | |
| Telephone ▶ | ☒Yes ☑ No | Telephone Company Name: _Airvoee Wieless – pay on the 11th_ |

**14. Fill This Out if You are Applying for LIHEAP:**

**▼ LIHEAP Information ▼**

A.

Do you need LIHEAP for:   Heating ☐   or   Cooling ☐

RECEIVED  MAY 15 200

Do you have an energy emergency? ☐ Yes ☐ No

If Yes, check any of the items listed below that apply to you today.

☐ Non-working furnace/boiler/heat system
☐ Out of fuel (propane, wood, pellets, coal, oil)
☐ Less than 10% fuel remaining (propane, wood, pellets, coal, oil)
☐ Need utility/fuel deposit
☐ Disconnected: your fuel supplier has ALREADY turned off your service
☐ Disconnection Notice: your fuel supplier has NOT turned off your services, But is warning you they will if not acted upon.

Is the energy emergency life threatening? ☐ Yes ☐ No

Select the type of LIHEAP assistance you want, choose one:   ☐ Electric ☐ Propane ☐ Wood ☐ Natural Gas ☐ Pellets ☐ Coal ☐ Kerosene

Is this energy bill included in your rent? ☐ Yes ☑ No

Do you receive subsidized assistance for this energy bill? ☐ Yes ☑ No

Is this a shared meter? ☐ Yes ☑ No

Is this used for a business? ☑ Yes ☐ No   Name on the Account: _____

Utility Company Name: _Public Service_   Account Number: _505-514/1257_

Do you have any other energy usage than what you are requesting LIHEAP assistance with?

☐ Yes ☐ No, If No, please tell us why: ☐ You are Homeless   ☐ You live in a rural area   ☐ No Utilities available   ☐ Other _____

**B.**   ▼ **Please provide your energy usage information for your home** ▼

**What is your primary heating source?**

**Choose one:** ☐ Same as above in Section 14A (Skip to Section 14C) ☐ Electric ☐ Propane ☐ Wood ☑ Natural Gas ☐ Pellets ☐ Coal ☐ Kerosene

Is this a shared meter? ☐ Yes ☑ No

Is this used for a business? ☑ Yes ☐ No

Utility Company Name: _Unknown_   Account Number: _____

Name on the Account: _David A Sta__ken_

**C.**

Do you have an account for electricity service? ☐ Yes ☐ No – If yes, please complete the section below.
If your heating source in **Section B** is electric or you selected No above, **DO NOT** complete the section below

Is this a shared meter? ☐ Yes ☐ No

Is this used for a business? ☐ Yes ☐ No

Utility Company Name: _DFC Services_   Account Number: _Unknown_   Name on the Account: _David Sta__ken___

**15.** **Please Answer the Following Questions About the People Listed in Section 3 that are asking for benefits.**

| Question | Answer | Question | Answer |
|---|---|---|---|
| Buy and prepare meals together? If no, who is separate? _____ | ☐ Yes ☑ No | Disqualified from an assistance program? | ☐ Yes ☑ No | Worker(s) on strike or lockout? | ☐ Yes ☑ No |
| Fleeing Felon(s)? If yes, Who? _____ | ☐ Yes ☑ No | Voluntarily quit job(s) in the last 60 days? If yes, Who? _____ | ☐ Yes ☑ No | In violation of probation or parole? If yes, Who? _____ | ☐ Yes ☑ No |
| Living on a Native American Reservation? Name of Reservation? _United States_ | ☑ Yes ☐ No | Getting help from the Food Distribution Program on Indian Reservation (FDPIR)? | ☐ Yes ☑ No | Getting Tribal TANF or General Assistance? | ☐ Yes ☑ No |
| Have you or any member of your household been convicted of receiving duplicate SNAP benefits in any State after September 22, 1996? | ☐ Yes ☑ No | Have you or any member of your household been convicted of trading SNAP benefits for guns, ammunitions, or explosives after September 22, 1996? | ☐ Yes ☑ No | Is anyone a veteran? If yes, Who? _____ | ☐ Yes ☑ No |
| Paying room and board? If yes, Who? _United States_ | ☑ Yes ☐ No | | | | |

RECEIVED
MAY 15 2018

## 16. Please Sign This Application (Your authorized representative may also sign here)

Your signature makes this application valid. This application cannot be processed unless signed. Your signature also is an indication of the following:

- **I understand that making false statements or hiding information could mean state and federal penalties and I have given HSD true, correct and complete information.**

- **Privacy Act statement:** The collection of the application information, including the social security number (SSN) of each household member, is authorized under the Food Stamp Act of 1977, as amended, 7 U.S.C. 2011-2036. The information will be used to determine whether your household is eligible or continues to be eligible to participate in the Food Stamp Program. We will verify this information through computer matching programs. This information will also be used to monitor compliance with program regulations and for program management. This information may be disclosed to other Federal and State agencies for official examination, and to law enforcement officials for the purpose of apprehending persons fleeing to avoid the law. If a food stamp claim arises against your household, the information on this application, including all SSNs, may be referred to Federal and State agencies, as well as private claims collection agencies, for claims collection action. Providing the requested information, including the SSN of each household member, is voluntary. However, failure to provide an SSN will result in the denial of food stamp benefits to each individual failing to provide an SSN. Any SSNs provided will be used and disclosed in the same manner as SSNs of eligible household members.

- The filing date is different if the household is in an institution and applying for SNAP and SSI at the same time. The filing date will be the date of release from the institution.

- I am declaring the identity of the children under age 16 for whom I am applying.

- If asked, I will give proof of things I report to HSD. If I cannot get proof, I know that I can ask HSD to help me and I will let HSD contact other people, and companies to get proof.

- I will let HSD give limited information to approved agencies that offer related assistance for which I may be eligible.

- I understand that if I receive benefits for which I am not eligible, that I may have to pay HSD back for those benefits.

- I know that HSD will check the information that I give. HSD may use computers or other ways to check the information on this form.

- I know that HSD will check the immigration status of people who apply for or get benefits. I understand that immigration status for any household member that I am applying for may be subject to verification by USCIS (INS), and that it may affect the household's eligibility and level of benefits.

- I understand that I must cooperate with Quality Control (QC). QC is a part of HSD. QC reviews cases to make sure we determine who can get help correctly.

- I have been given an information sheet explaining my rights and responsibilities including, expedited SNAP/food assistance, SNAP/food penalties and program violations, fair hearing rights and more. I understand that these will also be explained to me during my appointment or in an interview.

- I understand that by providing the account numbers for my household energy supplier(s) I am authorizing the energy provider(s) to provide details about the account and energy use to HSD for the purposes of eligibility and determination of this and future applications, benefit determination, and program evaluation and analysis.

- I understand that by providing application information I am authorizing HSD and its authorized agents to share and report the data provided against federal, state, county, energy provider, employer and landlord databases or records.

- I understand if eligible for energy assistance benefits, I may be referred to other residential energy programs.

- I understand the information collected on this form may be disclosed to energy programs operating under HSD. HSD may share and use information collected for purposes of referral, research, evaluation and analysis.

- I understand that my utility companies will not have control over the data disclosed pursuant to this consent, and will not be responsible for monitoring or taking steps to ensure that HSD maintains the confidentiality of the data or uses the data as authorized.

- **TRUSTS -** I understand that if I, or the person(s) for whom I am applying, have set up a trust, or are the beneficiaries of a trust, I must give HSD a copy of the trust document, including all attachments and related information. HSD will analyze the trust to see if it affects the Medicaid benefits for which I am applying.

- **ESTATE RECOVERY -** I understand that, after my death, HSD can file a claim against my estate to recover the amounts that the state pays or paid on my behalf for medical assistance provided under the Medicaid program. This process is called "Estate Recovery." "Estate Recovery" is required by federal and state law where Medicaid recipients are 55 years of age or older and the state makes medical assistance payments on their behalf for nursing facilities services, home and community based services, and/or related hospital and prescription drug services. The amount recovered by HSD will not exceed the amount of medical assistance payments made on behalf of the Medicaid recipient. Some exclusions may apply.

- I understand that I must give HSD any money I receive for medical services which have already been paid for by Medicaid. If I fail to do so, I, or the person(s) for whom I am applying, may lose Medicaid coverage for at least one year and until the amount owed to Medicaid has been paid back in full.

- A person who is applying for or receiving Medicaid or Cash Assistance shall assign to HSD all rights against any and all individuals for medical support or payments for medical expenses paid on the applicant's or recipient's behalf and the behalf of any other person for whom application is made or assistance is received.

- For parents who qualify for Medicaid: I know I will be asked to cooperate with the agency that collects medical support from an absent parent. If I think that cooperating to collect medical support will harm me or my children, I can tell the Child Support Enforcement Division (CSED) and I may not have to cooperate. Non-cooperation with CSED may result in termination of my Medicaid eligibility.

- I, as the Authorized Representative, affirm and agree to be legally bound to maintain the confidentiality of any information regarding the applicant or beneficiary, shall not reassign any provider claims, if applicable, and shall adhere to all requirements set forth in 42 CFR 435.923(d) and 7 CFR 273.2(n).

- To withdraw your application for any program, initial the box of the program ► □ SNAP □ Medicaid □ Cash □ LIHEAP

| Applicant's Signature | Name of Witness (Witnessed only if applicant signs by mark or thumbprint) | Date |
|---|---|---|
| | Signature of Witness (Witnessed only if applicant signs by mark or thumbprint) MAY 15 2018 | Date 3/15/18 |
| Signature of Applicant's Authorized Representative (if applicable) | | |

## Information Sheet for Application for Assistance



### Human Services Department (HSD) benefits:

**Medicaid:** Provides free or low-cost health coverage for certain low-income individuals and families. Depending on your household income, some household members may qualify for full or limited Medicaid Coverage.

**Medicare Savings Program:** Provides help paying for your Medicare Part A (Hospital Insurance) and/or Medicare Part B (Medical Insurance) premiums and Medicare deductibles.

**Supplemental Nutrition Assistance Program (SNAP):** Helps many low-income households buy the food they need to stay healthy, productive members of society.

**Cash Assistance:** Provides cash assistance for families, dependent needy children and disabled adults.

**Low Income Home Energy Assistance Program (LIHEAP):** Assists eligible low-income families and individuals with their heating and cooling costs.

### Apply for the benefits above online at:
www.yes.state.nm.us

**Or take** your signed application to your local Income Support Division (ISD) office

**Or mail** your signed application to:

Central ASPEN Scanning Area (CASA)
PO Box 830
Bernalillo, NM 87004

**Or fax** your signed application to 1-855-804-8960

You can also apply for Medicaid over the phone by calling 1-855-637-6574



### New Mexico Health Insurance Exchange (NMHIX)

- The NMHIX is a way to shop for and compare health insurance plans for individuals and families who are not eligible for Medicaid.

- You or your household may qualify for a program that can help you pay for your health insurance even if you earn as much as $98,000 a year (for a family of four).

- Tax subsidies that can immediately help pay your premiums for health coverage may be available.

**You can apply for affordable health insurance online through the NMHIX at:**

www.bewellnm.com

**Or call** 1-855-996-6449
TTY: 1-855-855-2018

## Assistance Programs

| | |
|---|---|
| **Medical Assistance** | Depending on your household income, some household members may qualify for full or limited Medicaid Coverage.  The following are some types of Medicaid that household members may qualify for: |

**Complete Sections 1-9 & 16**

| | |
|---|---|
| • Newborns<br>• Children through age 18<br>• Parent(s)/Caretaker(s) | • Pregnant women<br>• Low-income adults<br>• Emergency Medical Services for Aliens (EMSA) |

**Complete Sections 1-9,12-13 & 16**

| | |
|---|---|
| • Aged, blind and disabled individuals<br>• Working Disabled Individuals | • Institutional care<br>• Home and Community Based Services Waiver |

**NM HEALTH INSURANCE EXCHANGE (NMHIX)**
The NMHIX is a way to shop for and compare health insurance plans for individuals and families who are not eligible for Medicaid. If you do not qualify for Medicaid, you or members of your household may be eligible to receive a tax subsidy that can immediately help pay for health insurance premiums. If you or members of your household do not qualify for Medicaid, your application will be automatically sent to the NMHIX, where you or members of your household may be found eligible for other health insurance affordability programs.

| | |
|---|---|
| **Medicare Savings Program** | Medicaid benefit that provides help with paying for your Medicare Part A (Hospital Insurance) and/or Medicare Part B (Medical Insurance) premiums and Medicare deductibles.<br>**Complete Sections 1-9,12-13 & 16** |
| **Supplemental Nutrition Assistance Program (SNAP)** | The Supplemental Nutrition Assistance Program (SNAP) helps many low-income households buy the food they need to stay healthy, productive members of society. SNAP benefits are simple to use when you purchase food at your grocery store.<br>**Complete Sections 1-3, 5-7, 11 - 13, 15 & 16 so ISD can determine benefits faster.** |
| **Cash Assistance** | Temporary Assistance for Needy Families (TANF) provides cash assistance to families who qualify.<br>**or**<br>General assistance can provide cash assistance for dependent needy children and disabled adults who are not eligible for assistance under a federally matched cash assistance program, such as New Mexico Works (NMW) or the Federal program of Supplemental Security Income (SSI).<br>**Complete Sections 1-3, 5-7, 10-13, 15 & 16** |
| **Low Income Home Energy Assistance Program (LIHEAP)** | The Low Income Home Energy Assistance Program (LIHEAP) assists eligible Low Income Families and Individuals with their heating and cooling costs.<br>**Complete Sections 1-3, 5-7, 14 & 16** |

## 17. Register to Vote

If YOU are NOT registered to vote where you live now, **Would you like to register to vote here today?** (Please check one) ☐ YES ☐ NO
IF YOU DO NOT CHECK EITHER BOX, YOU WILL BE CONSIDERED TO HAVE DECIDED NOT TO REGISTER TO VOTE AT THIS TIME.

The NATIONAL VOTER REGISTRATION ACT provides you with the opportunity to register to vote at this location. If you would like help in filling out a voter registration application form, we will help you. The decision whether to seek or accept help is yours. You may fill out the application form in private.

**IMPORTANT:** Applying to register or declining to register to vote WILL NOT AFFECT the amount of assistance that you will be provided by this agency.

| Signature | Date |
|---|---|
|  |  |

**CONFIDENTIALITY:** Whether you decide to register to vote or not, your decision will remain confidential. IF YOU BELIEVE THAT SOMEONE HAS INTERFERED with your right to register or to decline to register to vote, or your right to privacy in deciding whether to register or in applying to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the Office of the Secretary of State, 419 State Capital, Santa Fe, NM, 87503, (phone: 1-800-477-3632).

**This Page intentionally left blank**

# Program Application Information Pages

You may keep this information for your records

## 1. Special Needs Information



If you are a person with a disability and you require this information in an alternative format, or require a special accommodation to participate in any public hearing, program or services, please contact the Human Services Department, American Disabilities Act (ADA) coordinator at 1-505-827-7701 or through the New Mexico Relay System TDD at 1-800-659-8331 or by dialing 711. The Department requests at least 10 days advance notice to provide requested alternative formats and special accommodations. (Revised 09/10/15)

## 2. Your Civil Rights/ Nondiscrimination Statement

This institution is prohibited from discriminating on the basis of race, color, national origin, disability, age, sex and in some cases religion or political beliefs.

The U.S. Department of Agriculture also prohibits discrimination based on race, color, national origin, sex, religious creed, disability, age, political beliefs or reprisal or retaliation for prior civil rights activity in any program or activity conducted or funded by USDA. Persons with disabilities who require alternative means of communication for program information (e.g. Braille, large print, audiotape, American Sign Language, etc.), should contact the Agency (State or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, (AD-3027), found online at:
http://www.ascr.usda.gov/complaint_filing_cust.html, and at any USDA office, or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by:

(1)    mail: U.S. Department of Agriculture Office of the Assistant Secretary for Civil Rights
1400 Independence Avenue, SW
Washington, D.C. 20250-9410

(2)    fax: (202) 690-7442; or

(3)    email: program.intake@usda.gov.

For any other information dealing with Supplemental Nutrition Assistance Program (SNAP) issues, persons should either contact the USDA SNAP Hotline Number at (800) 221-5689, which is also in Spanish or call the State Information/Hotline Numbers (click the link for a listing of hotline numbers by State); found online at:
http://www.fns.usda.gov/snap/contact_info/hotlines.htm.

To file a complaint of discrimination regarding a program receiving Federal financial assistance through the U.S. Department of Health and Human Services (HHS), write: HHS Director, Office for Civil Rights, Room 515-F, 200 Independence Avenue, S.W., Washington, D.C. 20201 or call (202) 619-0403 (voice) or (800) 537-7697 (TTY).

This institution is an equal opportunity provider. (10/14/2015)

**To file a complaint** through HSD of discrimination and/or rude treatment regarding a program receiving Federal or State financial assistance, a complaint form is available at the ISD office or you may write to: NM Human Services Department, ISD Civil Rights Director, P.O. Box 2348, Santa Fe, NM 87504-2348 or by fax (505) 827-7241.

## 3. Confidentiality

All information you give to HSD is confidential. This information will be given to HSD employees who need it to manage the programs for which you have applied. Confidential information may also be released to other federal and state agencies. All information will be used to determine eligibility and/or to provide services. This information may be given to other Federal and State agencies for official examination, and to law enforcement officials for the purpose of picking up persons fleeing to avoid the law. If you get benefits that you were not eligible for and have to pay them back, this is called a claim. If a claim is established against your household, the information on this application including all Social Security Numbers, may be given to Federal and State agencies, as well as private claims collection agencies for claims collection action.

You only have to give U.S. Citizenship and SSNs for household members that you are applying for. You do not need to be a U.S. Citizen to apply. Receiving energy, medical or SNAP/food assistance will not prevent you from becoming a lawful permanent resident or a U.S. Citizen. Non-citizen immigrants who are not requesting assistance for themselves do not need to give immigration status information, SSNs or other similar proofs; however, they must give information about their income and things they own may count towards the households eligibility for assistance Certain benefits may be available for people without a SSN; ask ISD. Immigration information will not be shared with any immigration enforcement agency.

HSD will also check with other agencies, the Federal Income and Eligibility Verification Service (IEVS) and The Public Assistance Reporting Information System (PARIS) about the information that you give us. This information may affect your household eligibility and benefit amount. (9/10/2015)

## 4. Child Support Enforcement Division

By accepting cash or medical assistance, you assign (give) HSD rights to collect child support from the child's absent parent(s). You must help HSD find the absent parent(s) unless there is a good reason not to do so such as domestic violence; ask a caseworker. If you fail or refuse to work with the Child Support Enforcement Division (CSED) office, your cash benefits will decrease and eventually the case will close, and adults in the household may lose their medical assistance.

## 5. Interview

Most medical assistance programs that you can apply for with this application do not require an interview.

**(a) For SNAP/Cash how soon can I have my required appointment for an interview?**

- Within 10 working days for SNAP/food and cash assistance, or for expedited SNAP/food assistance, from the day your application is received by the office. Applications received after business hours will be considered received as of the next business day.
- Most Medical assistance programs do not require an interview.

**(b) May I have a telephone interview?**

If your category of medical assistance requires an interview, we will do the interview by telephone unless you want us to do it in-person.

For SNAP/Cash, you may have a telephone interview for any of these reasons:
- Disability
- Age 60+
- Live too Far from Office
- Illness
- Working 20 or more hours/week
- Transportation
- Caring for a Child Under Age 6
- Bad Weather
- Caring for Others
- Other Hardships, please talk to ISD

## 6. Proof Information

HSD will check electronic data sources to see if it can verify your income and other information you provided on this application without requiring paper documentation. If HSD cannot verify your income and other information through electronic data sources, then HSD will ask you to provide proof of the information you provided on your application. You will receive a letter in the mail asking you for this information. If you need more time to provide proof to HSD, you may ask for more time by contacting ISD.

**(a) How many days will I have to give all the required proof I need?**

- 10 days from the date of your interview for SNAP or Cash is best to receive benefits faster
- 30 days from the date of your application is typical – unless you need more time – if you need more time, ask for more time
- 60 days from the date of your application is the longest – **When you ask for up to 3-ten-day extensions**

**If you do not ask for an extension of time to submit proof, you're SNAP or Cash case may be denied after 30 days and your Medical Assistance case may be denied after 45 days.**

**(b) What proof should I bring to the interview for SNAP or Cash?**

During your interview appointment, your caseworker will ask you questions to determine if you are eligible for the programs for which you have applied. Your caseworker will **NOT** ask you to give proof of everything. You should be ready to give as many facts about your case as you can. Please refer to the chart below called, Examples of Proof as a general guide to help you decide which proof items you will need. If your caseworker has unresolved questions about your eligibility, you will be asked to give proof. You will be given a list of everything you still need to give, along with a receipt for proof you provided. If you need help, it is the Department's responsibility to help you, providing you are cooperating.

## Examples of Proof
## You May be Asked to Give HSD

| Verification of: | SNAP/food | Medical | | | | Cash | Energy/LIHEAP | Examples of Proof |
| | | Family or Adult | Child Only | Elderly/Disabled | | | | |
|---|---|---|---|---|---|---|---|---|
| • Where you Live | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | Utility bill, Rent agreement, letter addressed to you at your address |
| • Social Security Number | | | | | | | | Social Security card or letter from the Social Security Administration (SSA) with your name & number |
| • Identity | ✓ | ✓ | | ✓ | | ✓ | ✓ | You may give any of these if they prove identity, relationship or age: Driver's License, Social Security card, Birth or baptism certificate(s), Citizenship/naturalization records, Indian census records, certificate of Indian |

HSD100 08/27/2017 Page 17 of 28

| Item | Proof |
|---|---|
| ▪ Relationship | Blood (CIB), government records, court records, voter registration card, divorce papers, U.S. Passport, school or day care records, insurance policies, church records or family bible, letter from a Dr., religious or school official, or someone who knows you, the child's relationship to you and knows the child's date of birth. **Note:** The Medicaid program will require specific identification proof. |
| ▪ Age | |
| ▪ U.S. Citizenship | Most programs do not require proof of U.S. Citizenship. For medical assistance, the federal government requires that all individuals give certain ORIGINAL documents (not copies) that verify Citizenship, Identity or proof of Legal Permanent Status. Original documents will be copied and returned. **Proof of Citizenship and ID together** • A Passport • A certificate of naturalization (Form 550 or N-570) • A certificate of U.S. Citizenship (N-560 or N-561) • A certificate of Indian Blood (CIB) **Proof of Citizenship Alone** • U.S. birth certificate — If you were born in New Mexico, HSD may be able to help you by checking with the Department of Health, Vital Records. Please give your caseworker your name, date of birth, county of birth, sex, mother's first and maiden name to get this help. |
| ▪ Immigrant Status | If you are an immigrant applying for assistance, you may have to provide original USCIS (formerly the INS) records. |
| ▪ Disability | Medical records that say how long you will be disabled, whether or not you can work, and if constant helpcare is needed. |
| ▪ Pregnancy | Medical records that say when your baby is due |
| ▪ School Attendance | Current report card or letter from the school saying whether your child is attending school |
| ▪ College Student | Letter from the college saying that you are either a part-time or full-time student |
| ▪ Student Financial Aid | Letter from the financial aid office stating what types and amounts of financial aid you get and the costs you will have to pay for your schooling |
| ▪ Income — the most recent 30-day period or all from last month | **Earned Income:** Check-stubs, a letter from the employer with the hours you will work and the pay you will get. If you are self-employed, you may give your caseworker a copy of your income tax forms, business records or personal wage records. **Unearned Income:** Copies of your check, or a letter from Social Security, Unemployment Compensation, Worker's Compensation, Veterans Administration, Bureau of Indian Affairs, Public Employees Retirement etc. Alternative Verification may be accepted; please talk to your caseworker. |
| ▪ Loss of a Job (60 days) | Letter from the employer |
| ▪ Value of Things You Own | Resources/Assets: Recent bank statement or letter of value |
| ▪ Things You Transferred | Recent statement or letter of value |
| ▪ Medicare Part A | ID card or letter from Social Security Administration |
| ▪ Child Support Paid | If you want a deduction for child support you pay, give proof of both the legal responsibility to pay and the amount paid. Any court or administrative order, or legal separation agreement may be used. For proof of the amount, use cancelled checks, wage withholding statements, verification of withholding from unemployment compensation or written statements from the custodial parent. |

**Optional Proof** – Below is a list of optional proof items that may help you can get the most benefits for which you are eligible. If there is no check in the box below then no proof is needed. To get credit, just tell us what you pay each month. You will only have to give proof if your caseworker has unresolved questions about your costs. If you are applying for energy/LIHEAP, please provide a copy of your heating/cooling cost. If you need help, it is the Department's responsibility to help you, providing you are cooperating.

| Item | Proof |
|---|---|
| ▪ Child/Adult Care Costs | |
| ▪ Medical Costs Elderly or Disabled only | You may give any of these if they prove your out-of-pocket costs: Agreement, computer printout, money order, letter from the person you pay, divorce or separation papers, statements, receipts, canceled check, copy of a check. |
| ▪ Home Rent/Owner Costs | |
| ▪ Heating/Cooling Costs | |

# 7. Non-Citizen Immigrant Eligibility

Many immigrants can get assistance residing in New Mexico. Some immigrants must have been in a certain status for 5 years before they can get assistance. There are many exceptions. Any lawfully residing child under the age of 21 or pregnant woman that meets all other eligibility requirements can get Medicaid right away. Some immigrants are eligible without a social security number. Even if you do not have an immigration status that qualifies you for Medicaid, you may be able to get Medicaid for emergencies. Ask a caseworker for more information. We keep your information private and only share information with other government agencies to see which programs you qualify for. Immigrants in one of the following statuses may be able to be eligible for Medicaid or other assistance, if they meet other program requirements

| 1 – U.S. Citizen | 2 – Lawful Permanent Resident (LPR/Green Card holder) | 3 – Asylee | 4 – Refugee | 5 – Cuban/Haitian entrant; Iraqi or Afghan with special immigration status | 6 – Paroled into the U.S. (for at least one year) |
|---|---|---|---|---|---|
| 7 – Conditional entrant granted before 1980 | 8 – Battered spouse, child, or parent | 9 – Victim of trafficking and his/her spouse, child, sibling, or parent | 10 – Granted Withholding of Deportation or Withholding of Removal | 11 – Member of a federally recognized Indian tribe or American Indian born in Canada | 12 – Afghan or Iraqi Special Immigrant |
| 13 – Qualified non-citizen | 14 – Individual with non-immigrant status (including worker visas, student visas, and citizens of Micronesia, the Marshall Islands, and Palau | 15 – Paroled into the U.S. (for less than one year) | 16 – Temporary Protected Status (TPS) | 17 – Deferred Enforced Departure (DED) | 18 – Deferred Action Status |
| 19 – Lawful temporary resident (LTR) | 20 – Granted an administrative stay or removal by DHS | 21 – Granted Withholding of Removal under the Convention Against Torture (CAT) | 22 – Resident of American Samoa | 23 – Applicant for Special Immigrant Juvenile Status | 24 – Applicant for Adjustment to LPR Status with an approved visa petition |
| 25 – Applicant for Victim of trafficking visa | 26 – Applicant for Asylum with EAD or under age 14 with application pending for at least 180 days) | 27 – Applicant Withholding of Deportation or Withholding of Removal (with EAD or under age 14 with application pending for at least 180 days) | 28 – Registry applicant (with EAD) | 29 – Order of supervision (with EAD) | 30 – Applicant for Cancellation of Removal or Suspension of Deportation (with EAD) |
| 31 – Applicant for Legalization under IRCA (with EAD) | 32 – Applicant for Temporary Protected Status (TPS) (with EAD) | 33 – Legalization under the LIFE Act (with EAD) | 34 – Other/Unsure | | |

# 8. Social Security Number (SSN) Requirements

## Why do I need to provide a Social Security Number (SSN)?

To get SNAP or Medicaid benefits you must have a Social Security number (SSN), or have applied for one, or have good cause for not applying for one [7 C.F.R. § 273.6 and 42 C.F.R. §435.910]. All people in the household applying for SNAP benefits must give the ISD office their SSNs [7 C.F.R. § 273.6]. ISD must check the SSNs of everyone in the household with the Social Security Administration (SSA). ISD cannot delay or deny SNAP benefits while waiting to check a SSN [7 C.F.R. § 273.2]. If the applicant cannot remember their SSN or is unsure if they have one, they can contact SSA.

## How will the Department use my SSN?

Prevent duplicate participation; to facilitate mass changes in benefits; to determine the accuracy of the information given by the household member; and the SSN(s) will be computer cross-checked with SSNs appearing in other personal data files what those files are, whether within the Department, in other governmental agencies. The Department will regularly use the SSN to obtain and use wage and benefit information from other sources for purposes of verifying eligibility for SNAP and the amount of SNAP benefits. These sources include, but are not limited to; any federal or state agency, providers under contract with the Department, welfare departments in other states; and banks and other financial institutions

## What happens if I do not provide or do not have an SSN?

The household member who fails to provide or apply for SSN number without good cause will be disqualified and not receive benefits. [7 C.F.R. § 273.6] This disqualification applies only to that individual household member and not to the entire household. [Id.] The disqualified individual's income and resources can affect the entire household's benefit amount and eligibility. If the disqualified individual household member provides their SSN to ISD they may become eligible for benefits. If the disqualified individual household member provides proof of an SSN application, or good cause for why an SSN application was not completed, they may become eligible for benefits. [7 C.F.R. § 273.6]

## When I would have good cause for not applying for an SSN?

Applicants without SSNs must apply for one before receiving benefits unless there is "good cause." [7 C.F.R. § 273.6] "Good cause" means that the person tried to apply for a SSN but cannot, yet. [7 C.F.R. § 273.6] For example, someone may have "good cause" if their Social Security office will not take his SSN application because he does not have proof of his age, and Social Security must send away for his birth certificate. If the ISD office finds good cause for not trying to get a Social Security number, an applicant can get SNAP benefits for one month in addition to the month of application [7 C.F.R. § 273.6]. Eventually, either the applicant will get a SSN, or lack good cause for not applying for one.

# 9. After You Submit Your Application

(a) **How soon will my application be approved or denied?**

- **SNAP/Food** – No later than 30 calendar days after the date of application, or expedited SNAP/Food - 7 calendar days. If you do not get SNAP within 7 days, you have a right to ask for an informal conference to see why you were not given expedite food benefits.
- **Medicaid** – Most Medicaid applications must be processed no later than 45 calendar days after the date of application. If a disability determination is required by the Disability Determination Unit (DDU), then HSD has up to 90 days to process your application.
- **Cash** – No later than 30 calendar days after the date of application, or up to 90 days for General Assistance disability decisions
- **Energy/LIHEAP** – No later than 30 calendar days after the date of application, or shut-off/disconnect crisis – 48 hours

(b) **If I disagree with the eligibility decision or benefit level, can I have fair hearing?**

Yes - If you don't agree with a decision we make about your case, you can ask for a fair hearing in person, by telephone 1-800-432-6217 or (505) 827-8164, or in writing within 90-days of the date that a notice has been sent informing you of any action that has been taken on your case. Please mail your request to the HSD Hearing's Bureau at PO Box 2348 Santa Fe, NM 87504. You have a right to look at your case file and any records HSD used to determine your eligibility before your hearing. You can ask a household member or someone else like a friend or relative to represent your household at the fair hearing. You also have the right to have an attorney or other legal representative at the hearing.

(c) **From what date are my benefits calculated?**

- **SNAP/Food** – From the date you applied
- **Medicaid** – If you are approved, you will receive Medicaid from the first day of the month you applied.  You may be eligible for up to 3 prior months of Medicaid coverage.
- **Cash** – On the date HSD approves your application or the 30th day from the date of application, whichever is earlier
- **Energy/LIHEAP** – On the date HSD verifies your account with your energy provider

(d) **How will I get my benefits?**

- **Medicaid** - A Medicaid card will be mailed to you by your managed care organization (MCO) within 20 days of approval. If you do not have an MCO, then HSD will mail you a card. Your doctor can look up your Medicaid before you receive a card in the mail. You can receive covered services as soon as you are approved. Call your MCO to find out about covered services. If you do not have an MCO, call HSD at 1-888-997-2583.
- **Energy/LIHEAP** - Your payment will be sent directly to your energy provider 7-days from the date HSD verifies your account information with your energy provider.  For a shut-off/disconnect crisis, HSD will call your energy provider to help you avoid shut-off.
- **SNAP/Food and Cash** – HSD uses an electronic debit card system called EBT to give you your cash and SNAP/food assistance benefits.  If you have never had an EBT card, an EBT card will be mailed to your address in one working day after the date you apply and after your application is registered on the computer. If your EBT card is delayed you may request a card from your local ISD office. You may call EBT Customer Service 24 hours 7- days/week at 1-800-843-8303 to order a replacement or activate your EBT card.

Each month your cash benefit will be deposited in your EBT account on the first day of the month.  Your SNAP/food benefits will be deposited in your EBT account on the day of the month in the box below that lists the last two digits of the head of household's social security number.

**Combined Schedule:**  If you have applied for SNAP/Food assistance after the 15th day of any month and are approved for expedited assistance, you will receive your benefits according to the schedule below.

- You will receive your 1st and 2nd month's benefits the day after your case is approved.
- You will receive your 3rd month's benefits on the 1st day of the month.
- You will receive your 4th month's benefits within the first 10 days of the month, depending on the last two digits of your SSN.

You will receive your 5th month's benefits within the first 20 days of the month, depending on the last two digits of your SSN. This will be your regular day of the month to receive your future SNAP/Food Stamp benefit.

## SNAP/Food Assistance  Compressed Staggered Issuance Schedule

| SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 11 | 1 | 01 | 2 | 12 | 3 | 02 | 4 | 13 | 5 | 03 | 6 | 14 | 7 | 04 | 8 | 15 | 9 |
| 31 | | 21 | | 32 | | 22 | | 33 | | 23 | | 34 | | 24 | | 35 | |
| 51 | | 41 | | 52 | | 42 | | 53 | | 43 | | 54 | | 44 | | 55 | |
| 71 | | 61 | | 72 | | 62 | | 73 | | 63 | | 74 | | 64 | | 75 | |
| 91 | | 81 | | 92 | | 82 | | 93 | | 83 | | 94 | | 84 | | 95 | |
| 16 | | 06 | | 17 | | 07 | | 18 | | 08 | | 19 | | 09 | | 10 | 10 |
| 36 | | 26 | | 37 | | 27 | | 38 | | 28 | | 39 | | 29 | | 30 | |

| SSN | Day |
|-----|-----|
| 05 | |
| 25 | |
| 45 | |
| 65 | 10 |
| 85 | |
| 00 | |
| 20 | |

HSD100 08/27/2017 Page 20 of 28

(e) **How long can I get benefits before I have to renew them?**

- **SNAP/food** – Up to 12 months is typical or 24 months for elderly/disabled households with stable unearned income such as Social Security.

- **Medicaid** – Your Medicaid will be approved for 12 months. You should report any changes that could affect your eligibility within 10 days; see below.

- **Cash** – Up to 12 months at a time is typical. Adults age 18 and over can receive TANF benefits for no more than 60 months during their lifetime, unless they qualify for a hardship extension after they reach the limit. A child living with a parent who is ineligible due to the time limit is ineligible for TANF as a child. The 60-month limit does not apply to cases where the children qualify for TANF and the parent is ineligible for a reason other than the 60-month limit, such as receipt of SSI or an unqualified immigrant status. The 60-month limit does not apply to medical or SNAP assistance.

(f) **Do I have to report changes?** Always report address changes within 10 calendar days for all types of assistance programs.

- **SNAP/food and Cash** – Changes in household members, monthly household costs, income/job and resources:

 Report these types of changes within 10 calendar days from the date the change happened only if:
 1. the change(s) will cause your case to close;
 2. the change(s) will cause your benefits to increase;

 Other important changes that you need to tell us about:
 - Change of the address where you get your mail. We want to make sure your mail will reach you.
 - Changes to household size (if anyone moves in or out of your home)
 - Change of residency (if you or anyone in your household moves out of New Mexico).
 - Changes to monthly household expenses..
 - Changes to resources (such as bank accounts, property and life insurance).
 - You should report changes at any time during your certification period that might increase the amount of your benefits (like the birth of a child or losing income).

 o **Semi-Annual Reporting:** Most households will be mailed a semi-annual report where all changes must be reported and given to ISD.
 o **Annual Reporting:** Households that get fixed income like Social Security will be mailed an annual report where all changes must be reported and sent to the ISD office.
 o **Regular Reporting:** There are few households that have to report changes as they happen. These households must report all changes within 10 calendar days from the date the change happened.

- **Medicaid** – Medicaid recipients are required to report certain changes that might affect their eligibility to ISD within 10 days from the date the change happened. Changes you should report include the following:
 1. Living arrangements or change of address: Report any change in where an eligible recipient lives or gets mail.

### SNAP/Food Assistance Staggered Issuance Schedule

| Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN | Day | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11<br>31<br>51<br>71<br>91 | 2 | 01<br>21<br>41<br>61<br>81 | 3 | 12<br>32<br>52<br>72<br>92 | 4 | 02<br>22<br>42<br>62<br>82 | 5 | 13<br>33<br>53<br>73<br>93 | 6 | 03<br>23<br>43<br>63<br>83 | 7 | 14<br>34<br>54<br>74<br>94 | 8 | 04<br>24<br>44<br>64<br>84 | 9 | 15<br>35<br>55<br>75<br>95 | 10 | 05<br>25<br>45<br>65<br>85 |
| 11 | 16<br>36<br>56<br>76<br>96 | 12 | 06<br>26<br>46<br>66<br>86 | 13 | 17<br>37<br>57<br>77<br>97 | 14 | 07<br>27<br>47<br>67<br>87 | 15 | 18<br>38<br>58<br>78<br>98 | 16 | 08<br>28<br>48<br>68<br>88 | 17 | 19<br>39<br>59<br>79<br>99 | 18 | 09<br>29<br>49<br>69<br>89 | 19 | 10<br>30<br>50<br>70<br>90 | 20 | 00<br>20<br>40<br>60<br>80 |

HSD100 08/27/2017 Page 21 of 28

2. **Household size:** Report any change in the household size, including the death of an individual who is included in the household and/or any pregnancies of household members.

3. **Enumeration:** Report any new social security number of individuals receiving Medicaid benefits in the household, including any newborn receiving Medicaid.

4. **Income:** Report any increase or decrease in the amount of income. For some categories of Medicaid, such as children and pregnant women, changes in income do not affect eligibility until the renewal date.

5. **Resources:** Reporting changes in what you own (such as property or money in the bank) is only required for Institutional Care, Waiver, Working Disabled Individuals, Supplemental Security Income (SSI) Extension, and Medicare Savings Program Medicaid.

(g) **Will I have to participate in the New Mexico Works Program?**

- **Cash** – Yes, all adults getting TANF cash assistance participate in the New Mexico Works Program. You will be contacted by the New Mexico Works (NMW) service provider. When you do not complete or report your work activity, you can lose some and eventually all of your cash assistance. This is called a sanction. The first time, we will want to talk with you to try and correct the sanction before it happens; this is called conciliation. A sanction will reduce your benefits in the following three ways: **1st Sanction – 25% cash reduction; 2nd – 50% cash reduction; and the 3rd – Case Closure.** When you meet any of the following situations, you may be able to receive different work activities or less hours if any of the following apply to you:

| |
|---|
| • Single Parent Caring for a Child under 12 Months Old – 1 lifetime limit |
| • Age 60 or Older |
| • Pregnant in Third Trimester or Six weeks post-partum |
| • Single Parent caring for a Child under 6 years old (no childcare) |
| • Impaired, temporarily or permanently, as determined by IRU |

| |
|---|
| • Temporary Personal Situations – Up to 30 days |
| • Disabled |
| • Caring for a Ill or Incapacitated Household Member |
| • Domestic Violence (Family Violence Option) |
| • Good cause for the need of Limited Work Participation status |

(h) **What other help is available?**

- By accessing the link below, you will find resource listings available throughout New Mexico. You will find the resource listings by county.
  http://www.hsd.state.nm.us/LookingForAssistance/Field_Offices_1.aspx

## 10.  Important Information About Your EBT Card

(a)   **First EBT Card**

If this is your first SNAP/Food or Cash assistance case with the New Mexico Human Services Department, your EBT card will be mailed to you on the first working day after your application is entered into the ISD computer system by the local ISD office.

You should receive your EBT card within 7 days of applying. If 7 days have passed, and you have not received your card, please contact the EBT Help Desk at 1-800-283-4465 so arrangements can be made for you to pick up a card at the local county ISD office.

You must activate your card when you get it.  You need to get a Personal Identification Number (PIN) from our EBT contractor.  To activate your card and get a PIN, please call 1-800-843-8303 24 hours a day or 1-800-283-4465, Monday-Friday, 8:00am to 5:00pm.  If you have any questions regarding the EBT card procedure, please call 1-800-283-4465.

**Important: If you have an EBT card and you order a new one, your old card will be deactivated. You will have to wait for your new card to arrive in the mail before you can access your benefits. When ordering a new card your PIN number will not change. You can change your PIN when your new card arrives by calling the EBT contractor at 1-800-843-8303.**

(b)   **I have an EBT Card that I know works.**

If you have received SNAP/Food or Cash Assistance in the past and know that your EBT card works, please let ISD know that you do not need a new card.  You will be able to access your benefits once your case is approved.

If you only forgot your PIN number, but your card still works, please call 1-800-843-8303 - 24 hours a day or 1-800-283-4465, Monday-Friday, 8:00am to 5:00pm. If you have any questions regarding the EBT card procedure, please call 1-800-283-4465.

(c)   **My EBT Card does not work.**

If you have received SNAP/Food or Cash assistance in the past and your EBT card does not work, please call the EBT contractor Service Desk at 1-800-843-8303 or 1-800-283-4465. Your new EBT card will be mailed to you on the first working day after you request one from the EBT contractor Customer Service Desk.

You should receive your EBT card within 7 days of applying. If 7 days have passed, and you have not received your card, please contact the EBT Help Desk at 1-800-283-4465 so arrangements can be made for you to pick up a card at the local county ISD office.

You must activate your card when you get it.  You need to get a Personal Identification Number (PIN) from our EBT contractor.  To activate your card and get a PIN, please call 1-800-

843-8303 - 24 hours a day or 1-800-283-4465, Monday-Friday, 8:00am to 5:00pm. If you have any questions regarding the EBT card procedure, please call 1-800-283-4465.

**(d)    I lost my card.**

If you have received SNAP/Food or Cash assistance in the past and your EBT card does not work, please call the EBT contractor Service Desk at 1-800-843-8303 or 1-800-283-4465. Your new EBT card will be mailed to you on the first working day after you request one from the EBT contractor Customer Service Desk.

You should receive your EBT card within 7 days of date of applying. If 7 days have passed, and you have not received your card, please contact the EBT Help Desk at 1-800-283-4465 so arrangements can be made for you to pick up a card at the local county /SD office.

You must activate your card when you get it. You need to get a Personal Identification Number (PIN) from the EBT contractor. To activate your card and get a PIN, please call 1-800-843-8303 - 24 hours a day or 1-800-283-4465, Monday-Friday, 8:00am to 5:00pm. If you have any questions regarding the EBT card procedure, please call 1-800-283-4465.

## 11.  Penalties for SNAP/Food Assistance Violations

You must not give false information or hide information to get SNAP/food assistance, including EBT cards. You must not trade or sell your EBT card or your PIN.  You must not allow a retailer to debit your EBT account in exchange for cash. You must not change EBT cards to get SNAP/food assistance you are not eligible to receive. Do not use, or have in your possession, an EBT card that is not yours and do not let someone else use your card. You must not use your SNAP/food assistance benefits to buy non-food items, such as alcohol, tobacco or paper products.  You must not use someone else's EBT card for your household.  You must not use your SNAP/food assistance benefits to pay credit accounts.

Anyone intentionally breaking any of these rules could be barred from receiving SNAP/food assistance for 12 months (1st violation); barred for 24 months (2nd violation); barred permanently (3rd violation); subject to $250,000 fine, imprisoned up to 20 years, or both; suspended for an additional 18 months.  Anyone intentionally breaking these rules could also be prosecuted under other federal and state laws containing criminal penalties.

Anyone who intentionally gives false information or hides information about identity or residence to get SNAP/food assistance in more than one household at the same time could be barred for 10 years.

Anyone convicted of trading food stamps for a controlled substance could be barred from receiving SNAP/food assistance for 24 months (1st violation) and barred permanently (2nd violation).

Anyone convicted for trading SNAP/food for firearms, ammunition, or explosives will be permanently ineligible to participate in the Program(1st violation).  Anyone convicted for trading or selling SNAP/food assistance of $500 after September 22, 1996 and anyone convicted of a drug-related felony will be barred permanently.

## 12.  Fair Hearing  Rights

**Your Right to a Hearing -** You can ask for a hearing if you do not agree with a decision HSD has made regarding your application/benefits.  A hearing will give you a chance to explain why you do not agree. Any time you disagree with a decision taken on your case, you have the right to request a fair hearing with an official who is required by law to review the facts of every case in a fair and objective manner and give you a chance to explain why you do not agree.

**In what situations can you ask for a fair hearing?**
- You apply for benefits and are denied, or
- You disagree with a decision on your case, or
- You believe your benefits were not calculated correctly, or
- A change was made that you do not agree with.

**By when must you ask for a fair hearing?**
You have 90 days from the date of notice to ask for a hearing. If you ask for a hearing within 13 days from the date of this notice, you will continue to get the same amount of benefits you received before we took the action in this notice. You will continue to get these benefits until the Department decides your case, unless another change is made to your case. Changes in benefits may be made after you have asked for a hearing if the reason for the change is not the same as the reason for the hearing. If you lose the hearing, you may have to pay back any benefits you received while the Department decided your case.  You do not have a right to a fair hearing if the Department's decision which you are challenging was the result of a Federal or State mass change. (Revised 7/15/14)

**How do you request a fair hearing?**
- Complete and return the bottom of a notice, or

- Write or call your local HSD office, or Customer Service Center at 1-800-283-4465

- Write the Department's Fair Hearing's Bureau at HSD, P.O. Box 2348, Santa Fe, N.M. 87504-2348; or by calling 505-476-6213.

- If you disagree with a decision by the New Mexico Health Insurance Exchange (NMHIX), you may appeal the action by contacting the NMHIX at 1-800-3180-2596 and inform the NMHIX that you believe their action should be reconsidered. You may authorize someone else to represent you in the appeals process.

- After you ask for a fair hearing, HSD or the NMHIX will send you a letter telling you the date, time and place where your hearing will be held. HSD hearings are usually at the ISD office. The hearing will be conducted by a hearing officer from the HSD Fair Hearings Bureau or the NMHIX. Prior to the hearing, you or your representative can look at your case record and any proof that will be used to decide your case. You will tell why you believe the HSD or NMHIX decision to be wrong. You may bring witnesses and present proof. You may question the county office or the NMHIX about the action taken and the proof presented. You may represent yourself or you may be represented by a friend, household member or an attorney. For information on where you can get free legal help, call 1-800-340-9771.

- After the hearing, the hearing officer will make a report. The HSD Division Director or the NMHIX Director will decide whether the action was right or wrong. After your case has been decided, you will be sent a letter telling you about the decision and why the decision was made. (Revised 8/30/17)

# Employer Coverage Form

You don't need to answer these questions unless someone in the household is eligible for health coverage from a job, even if they don't accept the coverage. Attach a copy of this page for each job that offers coverage.

***Failure to complete this form will not delay your application for other benefits like food assistance, cash assistance or Medicaid.***

The New Mexico Health Insurance Marketplace (NMHIX) application asks questions about any health coverage available through a current job (even if it's from another person's job, like a parent or spouse) to figure out if you might be able to get help paying for health insurance. Use this form to get the information you need from the employer who offers health coverage. The NMHIX will verify this information, so it's important to be accurate. If you have more than one job that offers health coverage, use a separate form for each employer.

## Employee Information
The employee needs to fill out this section. Write down the employee's information then you may request the information below from the employer.

Employee Name (First, Middle, Last)

Employee Social Security Number

## Employer Information:
Ask the employer for this information.

Employer name

Employer Identification Number (EIN)

Employer Address

Employer Phone Number
( )  -

City

State

Zip code

Who can we contact about employee health coverage at this job?

Name: _____  Phone: _____  Email: _____

### Tell us about the health plan offered by this employer.

☐ This employee isn't eligible for coverage under this employer's plan.

The employee is eligible for coverage under this employer's plan on _____ (Start Date).

List the names of anyone else who is eligible for coverage from this job:

What's the name of the lowest cost self-only health plan this employee could enroll in at this job? (Only consider plans that meet the "minimum value standard" set by the Affordable Care Act.)   Name: _____

☐ No plans meet the "minimum value standard"

How much would the employee have to pay in premiums for that plan?

$ _____  How Often? ❑ Weekly ❑ Every 2 weeks ❑ Twice a month ❑ Monthly ❑ Yearly ❑ Other _____

What change, if any, will the employer make for the new plan year?

❑ No change.
❑ Employer won't offer health coverage.
❑ Employer will start offering health coverage to employees or change the premium for the lowest-cost plan that meets the minimum value standard.

Date of change, if applicable: _____

**THIS PAGE IS LEFT INTENTIONALLY BLANK**

**Protected: See Privacy Notice***
This information not to be copied.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | **PERSONAL INFORMATION** NAME: Last | First | Middle Name or Initial | Gender | Birth Date | Social Security Number |

| | | | | |
|---|---|---|---|---|
| **2** | **PHYSICAL STREET ADDRESS WHERE YOU LIVE NOW** Street Address | Apartment, Unit, or Lot # | City | Zip |

| | | | |
|---|---|---|---|
| **3** | **ADDRESS WHERE YOU GET YOUR MAIL (If different from above)** Mailing Address | City | Zip |

| | | | |
|---|---|---|---|
| **4** | If you are changing your name on this application, under what full name were you previously registered? Last, First, Middle | **5** | E-Mail Address (*optional) |

| | | | | | |
|---|---|---|---|---|---|
| **6** | **POLITICAL PARTY** NOTE: You must name a major political party to vote in primary elections. ▶ ▶ ▶ | Party | If you choose NO PARTY, check this box. ☐ | **7** | **DAYTIME TELEPHONE NUMBER (optional)** May the County Clerk make this telephone number public for election purposes? ☐ YES ☐ NO | **POLL WORKER** Would you like to serve as an election day precinct worker? ☐ YES |

| | | | |
|---|---|---|---|
| **8** | I hereby authorize you to cancel my previous registration in another county and state. | City or Township          County | State |

**Please answer the following questions:**

| | |
|---|---|
| **9** | Are you a citizen of the United States? ☐ YES ☐ NO Will you be 18 years of age on or before the next general election? ☐ YES ☐ NO **If you checked "NO" to any of the questions above, do not complete this form.** **If you have been convicted of a felony and are currently on parole or supervised probation do not complete this form** |

**ATTESTATION OF QUALIFICATION**

I swear/affirm that I am a citizen of the United States and a resident of the state of New Mexico; that I have not been denied the right to vote by a court of law by reason of mental incapacity; that I am, or will be at the time of next election, 18 years of age, and, if I have been convicted of a felony, I have completed all conditions of parole and supervised probation, served the entirety of a sentence or have been granted a pardon by the governor. I further swear/affirm that I am authorizing cancellation of any prior registration to vote in the jurisdiction of my prior residence, and that all information I have provided is correct.

➤ SIGN YOUR FULL NAME OR MARK ON THE LINE BELOW:

**TODAY'S DATE**
Month   Day   Year

| | | |
|---|---|---|
| **10** | Name of agent who assisted you in filling out this form: | VRA ID # |

SP&G-1 (2015)

DO NOT WRITE IN SHADED AREAS – FOR OFFICIAL USE ONLY

Accepted for filing in County Registration Records

Date          County Clerk          Filing Clerk

| PCT. | MUN. | PRC DIST | REP DIST | SEN DIST | SCHOOL | C.C. |
|---|---|---|---|---|---|---|

IN ORDER TO PROCESS YOUR CERTIFICATE OF REGISTRATION YOU MUST COMPLETE THIS APPLICATION.

YOU WILL RECEIVE CONFIRMATION BY MAIL OF YOUR REGISTRATION FROM THE COUNTY CLERK.

## *PRIVACY NOTICE

**Your Social Security number and date of birth are required to register to vote.** Pursuant to New Mexico law, the secretary of state, county clerk or any other registration official may not release to the public a voter's social security number or date of birth. A person who unlawfully copies, conveys, or uses information from a certificate of registration is guilty of a fourth degree felony. See NMSA, 1978 § 1-4-5 and NMSA, 1978, 1-4-5.4.

Per NMSA 1978 § 1-5-14(D) voter files provided to the public shall not include email address.

## USE THIS AREA ONLY IF YOU LIVE AT A RESIDENCE WITH NO PHYSICAL ADDRESS

If the address where you live ("Physical Address") is one of the following:

- a rural address
- a non-street address
- a non-traditional place

**MAP**

In the space provided to the right, you must draw a map of where you live in relation to local landmarks, such as roads, schools, churches, stores, etc.
This will help your county clerk to determine your correct voting precinct.

Also, in the space below "RURAL ADDRESS DESCRIPTION", please describe the following:

1. the actual number of the state or county road on which your residence is located, and on which side of the road it sits (east, west, north, south);
2. the number of the nearest state roads that cross your road (in both directions from either side of your home), or the names of the identifiable landmarks;
3. the distance and direction you would travel from home to reach these roads;
4. the distance you would travel to reach your home if you live on a private road that is an extension of a public road (please note at which end of the public road your road begins east, west, north or south).
   EXAMPLE     RD 678, north side, 1 mile east of RD 615
                      -OR-
   RD 73, west side, 1 mile north of Smith's store and 4 miles south of RD 598
5. any county issued rural address assigned to your physical residence where you live now:
   EXAMPLE     3251 CR W Grady, NM 88120
   This address may also be used in Block 2 "PHYSICAL ADDRESS WHERE YOU LIVE NOW" on the reverse of this form.

N
W + E
S

**RURAL ADDRESS DESCRIPTION**

**ALL VOTER REGISTRATION FORMS MUST INCLUDE A MAILING ADDRESS IN BOX 2 OR BOX 3 ON THE REVERSE OF THIS FORM.**

Case 1:18-cv-00460-JAP-LF   Document 1   Filed 05/16/18   Page 30 of 33
Case 1:18-cv-00373-KK   Document 1   Filed 04/20/2018   Page 13 of 50
Case 1:18-cv-00348-JHR   Document 2   Filed 04/12/2018   Page 8 of 12



**TAXATION & REVENUE**
N E W   M E X I C O

**Audit & Compliance Division**
Albuquerque District

**Susana Martinez**
*Governor*

**John Monforte**
*Acting Cabinet Secretary*

DAVID GABALDON
D & C SERVICE
2400 2ND ST NW
ALBUQUERQUE, NM 87102-1075

October 12, 2017
CRS: 03-075275-00-2
Letter ID: L1245487920

## STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT
## REGISTRATION CERTIFICATE

| Date ID Issued | IDENTIFICATION NUMBER | Business Start Date |
|---|---|---|
| **23-Nov-2016** | **03-075275-00-2** | **01-Jan-2013** |
| Business Location | | Business End Date |
| **2400 2ND ST NW** | | |
| City and State | | Zip Code |
| **ALBUQUERQUE, NM** | | **87102-1075** |
| Taxpayer Name | | Taxpayer Type |
| **DAVID A GABALDON** | | **PROPRIETOR** |
| Firm Name | | Filing Frequency |
| **D & C SERVICE** | | **Semiannual** |
| Mailing Address | | |
| **2400 2ND ST NW** | | |
| City and State | | Zip Code |
| **ALBUQUERQUE, NM** | | **87102-1075** |

This Registration Certificate is issued pursuant to Section 7-1-12 NMSA 1978 for Gross Receipts, County Gross Receipts, Municipal Gross Receipts, Compensating and Withholding Taxes. This copy must be displayed conspicuously in the place of business. Any purchaser of the registrants business is subject to certain requirements under Section 7-1-61 NMSA 1978.

Division Director Tax Administration

By *Ron L. Scott*

Any inquiries concerning your Identification Number should be addressed to the Audit & Compliance Division, P.O. Box 630, Santa Fe, New Mexico 87504-0630

Form Revised 02/2003

**THIS CERTIFICATE IS NOT TRANSFERABLE**

## STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT
## REGISTRATION CERTIFICATE

| Date ID Issued | IDENTIFICATION NUMBER | Business Start Date |
|---|---|---|
| **23-Nov-2016** | **03-075275-00-2** | **01-Jan-2013** |
| Business Location | | Business End Date |
| **2400 2ND ST NW** | | |
| City and State | | Zip Code |
| **ALBUQUERQUE, NM** | | **87102-1075** |
| Taxpayer Name | | Taxpayer Type |
| **DAVID A GABALDON** | | **PROPRIETOR** |
| Firm Name | | Filing Frequency |
| **D & C SERVICE** | | **Semiannual** |
| Mailing Address | | |
| **2400 2ND ST NW** | | |
| City and State | | Zip Code |
| **ALBUQUERQUE, NM** | | **87102-1075** |

This Registration Certificate is issued pursuant to Section 7-1-12 NMSA 1978 for Gross Receipts, County Gross Receipts, Municipal Gross Receipts, Compensating and Withholding Taxes. This copy must be displayed conspicuously in the place of business. Any purchaser of the registrants business is subject to certain requirements under Section 7-1-61 NMSA 1978.

Division Director Tax Administration

By *Ron L. Scott*

Any inquiries concerning your Identification Number should be addressed to the Audit & Compliance Division, P.O. Box 630, Santa Fe, New Mexico 87504-0630

Form Revised 02/2003

**THIS CERTIFICATE IS NOT TRANSFERABLE**



RECEIVED
MAY 15 2018

P.O. Box 290
Milwaukee, WI 53201-0290



9D7SL3A1 0001 006287
C/O NOON DAY CHURCH
DAVID GABALDON
2400 2ND ST NW
ALBUQUERQUE NM 87102-1075

# HERE IS YOUR
# NEW MEXICO ELECTRONIC
# BENEFITS (EBT) CARD

This is not an approval notice. When you receive your approval notice, you may use the attached New Mexico EBT Card at any store that accepts SNAP benefits. If you receive Cash benefits, you can also use your card at any ATM that displays the Quest logo.

**Important!**

- Sign your name in ink on the white stripe on the back of your card right now!

- If you lose or damage your card, call EBT Customer Service.

**DO NOT THROW THIS CARD AWAY!**
It is the only way to get your benefits.

## This is your New Mexico EBT Card.

**Please Note:**

**Civil Rights Statement**
This institution is prohibited from discriminating on the basis of race, color, national origin, disability, age, sex and in some cases religion and political beliefs.

The U.S. Department of Agriculture also prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.) If you wish to file a Civil Rights program complaint of discrimination with USDA, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by mail at U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339; or (800) 845-6136 (Spanish). For any other information dealing with Supplemental Nutrition Assistance Program (SNAP) issues, persons should either contact the USDA SNAP Hotline Number at (800) 221-5689, which is also in Spanish or call the State Information/Hotline Numbers (click the link for a listing of hotline numbers by State), found online at http://www.fns.usda.gov/snap/contact_info/hotlines.htm. To file a complaint of discrimination regarding a program receiving Federal financial assistance through the U.S. Department of Health and Human Services (HHS), write: HHS Director, Office for Civil Rights, Room 515-F, 200 Independence Avenue, S.W., Washington, D.C. 20201 or call (202) 619-0403 (voice) or (800) 537-7697 (TTY).

USDA and HHS are equal opportunity providers and employers (07/07/14)

**If you are receiving your first New Mexico EBT Card:**
- You must select a PIN (Personal Identification Number) before you can use your card.
- Please call EBT Customer Service at 1-800-843-8303 or go to www.ebtedge.com to select your PIN.

**If you are receiving a replacement card:**
- You do not need to select a Personal Identification Number (PIN).
- Your current PIN will carry over to this replacement card. If you do not remember your PIN, please call EBT Customer Service and select a new one.

**SPECIAL NEEDS INFORMATION:** If you are a person with a disability and you require this information in an alternative format, or require accommodation to participate in any public hearing, please contact the American Disabilities at 1-505-827-7701 or through the New Mexico Relay at 659-8331 or by dialing 711. The Department requires advance notice to provide requested accommodations. (Revised

Please do





**TAXATION &
REVENUE**
N E W   M E X I C O

**Audit & Compliance Division**
Albuquerque District

**Susana Martinez**
*Governor*

**John Monforte**
*Acting Cabinet Secretary*

GABALDON GENERAL CONSTRUCTION
2400 2ND ST NW
ALBUQUERQUE, NM 87102-1075

October 12, 2017
CRS: 03-244854-00-6
Letter ID: L0454984496

## STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT
## REGISTRATION CERTIFICATE

| | | |
|---|---|---|
| **Date ID Issued** | **IDENTIFICATION NUMBER** | **Business Start Date** |
| 23-Nov-2016 | 03-244854-00-6 | 12-Oct-2017 |
| **Business Location** | | **Business End Date** |
| 2400 2ND ST NW | | |
| **City and State** | | **Zip Code** |
| ALBUQUERQUE, NM | | 87102-1075 |
| **Taxpayer Name** | | **Taxpayer Type** |
| DAVID A GABALDON | | PROPRIETOR |
| **Firm Name** | | **Filing Frequency** |
| GABALDON GENERAL CONSTRUCTION | | Monthly |
| **Mailing Address** | | |
| 2400 2ND ST NW | | |
| **City and State** | | **Zip Code** |
| ALBUQUERQUE, NM | | 87102-1075 |

Form Revised 07/2003

This Registration Certificate is issued pursuant to Section 7-1-12 NMSA 1978 for Gross Receipts, County Gross Receipts, Municipal Gross Receipts, Compensating and Withholding Taxes. This copy must be displayed conspicuously in the place of business. Any purchaser of the registrants business is subject to certain requirements under Section 7-1-61 NMSA 1978.

Division Director Tax Administration

By *Ron L. Scott*

Any inquiries concerning your Identification Number should be addressed to the Audit & Compliance Division, P.O. Box 630, Santa Fe, New Mexico 87504-0630

**THIS CERTIFICATE IS NOT TRANSFERABLE**

## STATE OF NEW MEXICO TAXATION AND REVENUE DEPARTMENT
## REGISTRATION CERTIFICATE

| | | |
|---|---|---|
| **Date ID Issued** | **IDENTIFICATION NUMBER** | **Business Start Date** |
| 23-Nov-2016 | 03-244854-00-6 | 12-Oct-2017 |
| **Business Location** | | **Business End Date** |
| 2400 2ND ST NW | | |
| **City and State** | | **Zip Code** |
| ALBUQUERQUE, NM | | 87102-1075 |
| **Taxpayer Name** | | **Taxpayer Type** |
| DAVID A GABALDON | | PROPRIETOR |
| **Firm Name** | | **Filing Frequency** |
| GABALDON GENERAL CONSTRUCTION | | Monthly |
| **Mailing Address** | | |
| 2400 2ND ST NW | | |
| **City and State** | | **Zip Code** |
| ALBUQUERQUE, NM | | 87102-1075 |

Form Revised 07/2003

This Registration Certificate is issued pursuant to Section 7-1-12 NMSA 1978 for Gross Receipts, County Gross Receipts, Municipal Gross Receipts, Compensating and Withholding Taxes. This copy must be displayed conspicuously in the place of business. Any purchaser of the registrants business is subject to certain requirements under Section 7-1-61 NMSA 1978.

Division Director Tax Administration

By *Ron L. Scott*

Any inquiries concerning your Identification Number should be addressed to the Audit & Compliance Division, P.O. Box 630, Santa Fe, New Mexico 87504-0630

**THIS CERTIFICATE IS NOT TRANSFERABLE**



RECEIVED
MAY 15 2018

# C E N T R A L   N E W   M E X I C O   C O M M U N I T Y   C O L L E G E

## Student Schedule and Fee Statement
### Spring Term

DAVID ANTHONY GABALDON
2406 2ND ST NW
ALBUQUERQUE, NM 87102

XXXX6772
CHEMISTRY
RESIDENT/IN DISTRICT
dgabaldon11@cnm.edu

********************************************************************************

**COURSE SCHEDULE**                    **TOTAL HOURS: 3.00**

**MAIN CAMPUS**

| CRN | SUBJ | CRSE | SEC | COURSE TITLE | CR | GR | SESSION | DAYS | TIMES | BLDG | ROOM |
|-----|------|------|-----|--------------|----|----|---------|------|-------|------|------|
| 86406 | MATH | 0970 | 102 | ALGEBRAIC PROBLEM SO | 3 | C | 16-JAN-2018 - 29-APR-2018 | M W | 9:00-10:15AM | KC | 0117 |

********************************************************************************

*********** REGISTRATION FEES *********

| DESCRIPTION | CHARGES | | CREDITS |
|-------------|---------|-|---------|
| Registration Fee | $ 45.00 | $ 0.00 | |
| Technology/Facility Fee | $ 24.00 | $ 0.00 | |
| Resident Tuition Spring | $ 120.00 | $ 0.00 | |
| Total Charges and Credits | $ 189.00 | $ 0.00 | |

Amount due as of 23-OCT-2017  $ 189.00

All charges must be paid by October 27. You must drop classes
you do not plan to attend. You are responsible for all
charges and you will receive grades in all classes on your
schedule. Do not assume your classes will be dropped for
nonpayment or nonattendance. Schedule changes may result in
additional charges.

********************************************************************************

*********** STUDENT ACCOUNT MEMO *********** Your classes will be held if an amount greater than 0.00 is listed under

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Total Student Account Memo | $ 0.00 |

STUDENT ACCOUNT MEMO. Please allow up to 12 hours for memo updates. myCNM
is available for payments and adding/dropping classes from midnight to 10
pm MST, unless otherwise posted.