IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID A. GABALDON,

    Plaintiff,

v.                                            No. 18cv460 JAP/LF

NEW MEXICO HUMAN SERVICES DEPARTMENT,

    Defendant.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order of Dismissal,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**